# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                        Crim. No. 5:05-CR-315-1D

**DAVID MCNATT**

On October 11, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Eddie J. Smith  
> Eddie J. Smith  
> Supervising U.S. Probation Officer  
> 310 Dick Street  
> Fayetteville, NC 28301-5730  
> Phone: 910-354-2537  
> Executed On: April 25, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27__ day of __April__, 2016.

                                                              James C. Dever III  
                                                               Chief U.S. District Judge